E-FILED
Wednesday, 03 July, 2019  11:57:54 AM
Clerk, U.S. District Court, ILCD

AO 108 (Rev. 06/09)  Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

FILED

JUL - 3 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| In the Matter of the Seizure of | ) |
| *(Briefly describe the property to be seized)* | ) |
| Black 2010 Dodge Challenger, Illinois license plate | ) |
| S162093, more particularly described in | ) |
| Attachment A16 | ) |

Case No. 19-mj - 7137

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____Central_____ District of _____Illinois_____ is subject to forfeiture to the United States of America under ___21___ U.S.C. § ___846___ *(describe the property)*:

Black 2010 Dodge Challenger, Illinois license plate S162093, more particularly described in Attachment A16.

The application is based on these facts:

The attached affidavit of FBI Special Agent Mark Hill and affidavits submitted in support of search warrants authorized by this Court during this investigation including under nos. 18mj7139; 18mj7148; 18mj7165; 18mj7177; 18mj7194; 19mj7003; 19jm7004; 19mj7028; 19mj7029; and 19mj7091, incorporated herein by reference.

☑ Continued on the attached sheet.

s/Mark Hill
_____
*Applicant's signature*

Special Agent Mark Hill, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

s/Eric I Long

_____
*Judge's signature*

Date: ___07/03/2019___

City and state: __Urbana, Illinois__

ERIC I. LONG, Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEIZURE WARRANT

I, Mark T. Hill, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since March 2000. I am currently assigned to investigate complex criminal enterprises, including Drug Trafficking Organizations (DTO). I have participated in narcotics investigations involving the manufacture, transportation, and distribution of controlled substances. These investigations have resulted in the seizure of controlled substances and proceeds from the sale of controlled substances, as well as arrests and convictions of drug traffickers. I am familiar with, and have utilized, normal methods of investigation, including, but not limited to physical and electronic surveillance, questioning of witnesses, the use of search and arrest warrants, the use of informants, the use of pen registers, analysis of telephone records, and the utilization of undercover agents.

2.      I am also assisted by FBI forensic accountants that provide additional analysis of financial records that supplement the investigative tools described above. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents, witnesses, and FBI forensic accountants assisting with this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PURPOSE OF AFFIDAVIT

3.      I make this affidavit in support of an Application for a Seizure Warrant relative to the following:

a.  **White 2015 Cadillac Escalade, Illinois license plate Q732877.** The vehicle described as a white 2015 Cadillac Escalade bearing Illinois license plate Q732877 is more particularly described in Attachment A13.

b.  **Brown 2008 Chevrolet Avalanche, Illinois license plate 2548763B.** The vehicle described as a brown 2008 Chevrolet Avalanche bearing Illinois license plate 2548763B is more particularly described in Attachment A14.

c.  **Dark Blue 2013 Chrysler Town and Country Van, Illinois license plate BD45039.** The vehicle described as a dark blue 2013 Chrysler Town and County van bearing Illinois license plate BD45039 is more particularly described in Attachment A15.

d.  **Black 2010 Dodge Challenger, Illinois license plate S162093.** The vehicle described as a black 2010 Dodge Challenger bearing Illinois license plate S162093 is more particularly described in Attachment A16.

e.  **Silver 2008 Buick Enclave, Illinois license plate 265476.** The vehicle described as a silver 2008 Buick Enclave bearing Illinois license plate 265476 is more particularly described in Attachment A20.

2

## STATUTORY AUTHORITY FOR SEIZURE AND FORFEITURE

4.      Under 21 U.S.C. §§ 841 and 846, it is a federal offense to conspire to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute or dispense, a controlled substance.

5.      Marijuana is a Schedule I controlled substance. Under 21 U.S.C. § 853, any property constituting, or derived from, any proceeds a person obtained, directly or indirectly as a result of a violation of the Controlled Substance Act, and any property used or intended to be used in any manner or part, to commit, or to facilitate the commission of a violation of the Controlled Substance Act, shall be subject to criminal forfeiture to the United States.

6.      Under 21 U.S.C. § 881(a)(6), all moneys furnished or intended to be furnished by any person in exchange for a controlled substance, and all proceeds traceable to such an exchange, and all moneys used or intended to be used to facilitate any violation of the Controlled Substances Act, including 21 U.S.C.§§ 841 and 846, shall be subject to civil forfeiture to the United States.

7.      Under 18 U.S.C. §1956(a)(I)(A)(i), it is a felony offense to conduct or attempt to conduct a financial transaction knowing that the property involved in the transaction represents proceeds of some form of unlawful activity, with the intent to promote the carrying on of specified unlawful activity, or to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity.

3

8.      Under 18 U.S.C. § 982(a)(I), any property involved in a money laundering offense (18 U.S.C. § 1956), or any property traceable to such property, is subject to criminal forfeiture.

9.      Under 18 U.S.C. § 981(a)(I)(A), any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956 (money laundering) is subject to civil forfeiture.

10.     Under 21 U.S.C. § 853(1), as incorporated by 18 U.S.C. §982(b)(1), any property subject to criminal forfeiture may be seized by the Government if the Court determines that there is probable cause to believe that the property to be seized would, in the event of conviction, be subject to forfeiture.

11.     Under 18 U.S.C. § 981(b)(1), any property subject to civil forfeiture to the United States under subsection 981(a) may be seized by the Attorney General, and such seizures shall be made pursuant to a warrant obtained in the same manner as provided for a search warrant under the Federal Rules of Criminal Procedure.

12.     Under 18 U.S.C. § 981(b)(3), as seizure warrant may be issued by a judicial officer in any district in which a forfeiture action against the property may be filed and may be executed in any district in which the property is found.

4

## BACKGROUND REGARDING DRUG TRAFFICKING ACTIVITIES

13.  Based on my training and experience in law enforcement as outlined above, particularly in the investigation of drug trafficking organizations, I know that:

a.  Large scale drug traffickers keep quantities of controlled substances and or other drugs in their physical and or constructive possession in strategic locations to include but not limited to residences, maintained dwellings, garages, storage units, and vehicles available and ready for distribution;

b.  Large scale drug traffickers transport the proceeds of drug trafficking, money used to further drug trafficking, and controlled substances in their personal vehicles and direct others to transport the proceeds of drug trafficking, money used to further drug trafficking, and controlled substances on the behalf of large scale drug traffickers in order to further their drug trafficking activities as well as avoid detection by law enforcement.

c.  Large scale drug traffickers often purchase and or title significant assets in fictitious names, aliases, or the names of relatives and associates or business entities, in order to avoid law enforcement detection of these assets and attribution of the assets to the proceeds of unlawful activity. Despite the foregoing, drug traffickers actually own and exercise control and dominion over them;

d.  Large scale drug traffickers usually maintain large amounts of U.S. currency on hand and readily available in order to maintain and finance their unlawful activities;

e.  It is common for drug traffickers to maintain books, records, receipts, notes, ledgers, travel documents, receipts relating to the purchase of financial instruments and or transportation, ordering, sale and distribution of controlled substances. Such records are usually kept where the traffickers have ready access to them, and they are often kept for extended periods of time;

f.  It is common for large scale traffickers to secrete contraband, proceeds from contraband sales and records of transactions in secure locations within their residences, businesses, and/or locations over which they maintain dominion and control in order to have ready access to them and to conceal them from law enforcement authorities;

g.  In order to accomplish this concealment, traffickers construct hidden "stash" places within locations where they maintain dominion and control. A number of publications are available to the general public that contain instructions on how and where to construct such stash places and such publications have been found in the residences of drug traffickers by law enforcement officers executing search warrants;

h.  It is common for large scale drug traffickers to maintain evidence regarding their obtaining, secreting, transfer, concealment, and/or expenditure of

6

narcotics proceeds, including currency, financial records, financial instruments, jewelry and precious metals, books, records, invoices, receipts, records of real estate transactions, bank statements and related records, passbooks, safe-deposit box keys, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, and money wrappers. These items are often maintained in traffickers' residences and other locations over which they exercise dominion and control, and they are often maintained for an extended period of time;

i. When drug traffickers amass significant proceeds from the sale and distribution of narcotics they often attempt to dissociate their assets from the source of their illegal activities through various money laundering activities. To accomplish these goals, drug traffickers use various means, including but not limited to domestic and international banks and their associated financial services, securities brokers, professional services from attorneys, accountants and financial consultants, casinos, real estate, shell corporations and business fronts and otherwise legitimate businesses which generate large quantities of currency;

j. Drug traffickers commonly maintain addresses or telephone numbers in books, papers, cellular telephone memory and/or cellular telephone memory cards which reflect names, addresses, and or telephone numbers for associates and customers;

**k.** Drug traffickers often take or cause to be taken photographs and other visual depictions of themselves, their associates, their property, and their product, and typically keep and maintain these photographs for extended time periods in their residences and other locations where they exercise dominion and control;

**l.** Drug traffickers commonly have in their possession and at their residences and other locations where they exercise dominion and control firearms and ammunition, including but not limited to handguns, pistol revolvers, shotguns, machine guns and other weapons, as well as records or receipts relating to firearms and ammunition. These records are often kept for extended periods of time; and

**m.** Large scale traffickers often use electronic devices, including computers, cellular telephones, electronic diaries, currency counting machines and cellular telephone answering machines to generate, transfer, count, record and or store information pertaining to the items described above and or to maintain contact with drug associates;

## FACTS ESTABLISHING PROBABLE CAUSE

14.     Federal Bureau of Investigation (FBI) Special Agent Mark Hill has been involved in the investigation concerning the sale and delivery of cocaine and cannabis by COURTNEY TYLER JOHNSON (hereinafter "JOHNSON") and members of his Drug Trafficking Organization (JOHNSON DTO) for the more than twenty-four months.

Throughout the course of this investigation, agents have used a number of investigatory tools to identify the members of the JOHNSON DTO, the means and methods used by the JOHNSON DTO, the facilities maintained by the JOHNSON DTO to further their drug trafficking activities, and the premises and vehicles used by the JOHNSON DTO to promote and conceal those drug-trafficking activities.

15.     In July 2016, the FBI initiated a joint-investigation with the Decatur Police Department regarding the illegal drug trafficking activity of the JOHNSON DTO based on source information that JOHNSON is a major drug source for the Decatur, Illinois area. During the course of the investigation, I have learned about the membership and operations of the JOHNSON DTO through discussions with confidential sources, discussions with other law enforcement officers, and surveillance of JOHNSON DTO members.

16.     Throughout this investigation confidential source reporting has been consistent in identifying JOHNSON as the main supplier of cocaine to the Macon County, Illinois area. These sources have also admitted to purchasing both powder and crack cocaine from JOHNSON's main distributors. All confidential sources state that JOHNSON will not deal with any buyer direct.

### Target Subjects

17.     The TARGET SUBJECTS associated with the JOHNSON Drug Trafficking Organization (DTO) include:

9

a. COURTNEY TYLER JOHNSON – identified Leader of the JOHNSON DTO. JOHNSON's primary residence has been identified as 25 N. Central Avenue #309, St. Louis (Clayton), Missouri. JOHNSON also stays at the residence occupied by his mother (JENNIFER FISHER) located at 3808 Eagle Claw Drive in Springfield, Illinois. JOHNSON has no known legitimate employment.

b. GABRIELLE JOHNSON – JOHNSON's sister who resides at 120 S. Center Street in Collinsville, Illinois. GABRIELLE is connected to several pieces of residential real estate in the Decatur, Illinois area. PRTT data from one of JOHNSON's known cellular phone numbers shows more than 100 contacts with 217-520-5608, a cellular telephone utilized by GABRIELLE, since December 2018.

c. TIMOTHY EALEY – primary address of 10 Whippoorwill in Decatur, Illinois. EALEY has been identified as one of JOHNSON's re-distributors of cocaine and cannabis in the Decatur, Illinois area. Two controlled purchases of cocaine from EALEY and EALEY's son, DALTON DREW, have been made. PRTT data from one of JOHNSON's known cellular phone numbers shows more than 150 contacts with 217-520-4698, a cellular telephone utilized by EALEY, since December 2018.

d. MARQUEVIN SMITH – primary address of 724 W. Division Street in Decatur, Illinois. SMITH has been identified as one of JOHNSON's main re-distributor of cocaine in the Decatur, Illinois area. Two controlled purchases of cocaine

from SMITH have been made. PRTT data from one of JOHNSON's known cellular phone numbers shows more than 60 contacts with 217-619-4442, a cellular telephone utilized by SMITH, since December 2018. PR/TT data from JOHNSON's previously-used cellular telephone shows 217-622-8027 shows more than 450 contacts with 217-619-4442 (SMITH) between January 2018 and November 2018.

e. DEANDRI BURTON – primary address of 1212 Lincoln Park in Decatur, Illinois. BURTON has been identified as one of JOHNSON's re-distributors of crack cocaine in the Decatur, Illinois area. BURTON has traveled with JOHNSON on several occasions. Nine controlled purchases of crack cocaine from BURTON have been made. PRTT data from one of JOHNSON's known cellular phone numbers shows more than 200 contacts with 217-413-3409, a cellular telephone utilized by BURTON, since December 2018.

f. JENNIFER FISHER – JOHNSON's mother. Primary address of 3808 Eagle Claw Drive in Springfield, Illinois. JENNIFER FISHER was the passenger in a car driven by her husband and JOHNSON's stepfather, SHANNON FISHER, during a traffic stop in February 2018 in which law enforcement seized $23,500 from the glove compartment of a vehicle she and SHANNON FISHER occupied.

a. JACKIE CAMPBELL – primary address of 2595 Peru Road, Decatur, Illinois. Records for one of JOHNSON's known cellular phone numbers show 17 contacts with CAMPBELL since March 1, 2019.

g. KATHRYN KELSHEIMER – JOHNSON's grandmother. KELSHEIMER has rented vehicles at the Decatur, Illinois airport that JOHNSON has been seen driving. KELSHEIMER's name has been used to rent storage units in Decatur and Springfield, Illinois. These storage units have been identified as facilities for JOHNSON's to store illegal narcotics.

**Use of Storage Facilities to Traffic Marijuana**

18.     Source reporting revealed that JOHNSON utilizes storage lockers to store illegal narcotics. On February 20, 2017, JOHNSON was seen by law enforcement entering the gated, storage facility known as Northwest Mini-Storage, located at 2330 Route 121, NW, in Decatur, Illinois.

19.     On February 21, 2017, documents relating to storage unit F19 ("Unit F19") were obtained showing that particular unit is assigned to and rented by Kathryn Kelsheimer, JOHNSON's grandmother. The storage unit assigned to Kelsheimer is located in the same area within the Northwest Mini-Storage premises to where law enforcement saw JOHNSON's vehicle parked on February 20, 2017. Records indicate that access into and out of the facility is monitored through an access code individual to each renter. The access code assigned to Kelsheimer was used the same day and approximate time that law enforcement saw JOHNSON enter the facility on February 20, 2017.

12

20.     Northwest Mini-Storage records indicate that the access code assigned to Kelsheimer was used for entry and exit twenty-four (24) times from August 19, 2016, through December 24, 2016, twelve (12) times from January 6, 2017, through February 20, 2017, and thirteen (13) times between September 28, 2017, and November 9, 2017.

21.     On March 2, 2017, a pole camera was installed in order to capture activity outside of Unit F19 (see Attachment A07). Pole camera video showed JOHNSON at the locker on each of the thirteen occasions between September 28, 2017, and November 9, 2017. The visits ranged in time from three minutes to fifteen minutes with multiple visits on the same day on five occasions.

22.     Pole camera video from February 5, 2018, through July 25, 2018, revealed twenty (20) visits to Unit F19 by JOHNSON. On two occasions, May 5, 2018, and July 17, 2018, JOHNSON visited Unit F19 twice in the same day. On three occasions, March 12, 2018, at approximately 11:06 p.m., May 22, 2018, at approximately 2:29 a.m., and on July 17, 2018, at approximately 9:56 p.m., JOHNSON was observed opening up Unit F19 while a large quad-cab pickup pulling a large trailer pulled up and stopped outside of Unit F19. The visit on March 12, 2018, lasted about five minutes, the visit on May 22, 2018, lasted about 4 minutes, and the visit on July 17, 2018, lasted less than two minutes.

23.     Pole camera data on sixteen of the remaining seventeen visits between February 5, 2018, and July 25, 2018, showed JOHNSON entering Unit F19, usually after dark, and exiting carrying items such as boxes and what appeared to be trash bags. Visits lasted one minute to twelve minutes. The one visit that JOHNSON did not enter Unit F19

13

was on February 5, 2018. JOHNSON had a lock removed from Unit F19 by an employee of the storage facility.

### a.  Use of Northwest Mini Storage Unit F19

24.     On July 16, 2018, a District Court Judge in the Central District of Illinois issued an order authorizing the monitoring and recording of visual, non-verbal conduct and activities inside of F19 for a period of 30 days. After JOHNSON left Unit F19 on July 17, 2018, agents were able to install video surveillance equipment inside Unit F19. Below is a summary of JOHNSON's visits to Unit F19, as recorded by pole camera outside of Unit F19 and video surveillance inside Unit F19 between July 18, 2018 and August 14, 2018:

  a.  7/18/2018
      i.   8:12 p.m. – JOHNSON arrives at Unit F19 driving a newer white four-door vehicle. JOHNSON unlocked and entered Unit F19.
      ii.  8:13 p.m. – JOHNSON carried out a box and placed the box in the backseat of vehicle.
      iii. 8:14 p.m. - JOHNSON closed door and locked Unit F19 and leaves area in the vehicle.
      iv.  Surveillance cameras inside Unit F19 showed JOHNSON removing five (5) clear, sealed packages, suspected of holding at least one-pound of cannabis, from a blue plastic bin and wrapping the five packages in brown paper and placing all five packages into a brown box.

  b.  7/25/2018
      i.   8:22 p.m. - JOHNSON arrived at Unit F19 in a white Chrysler 300 followed by a dark colored Dodge Challenger driven by a female, possibly GABRIELLE JOHNSON. JOHNSON pulled out a blue plastic bin from inside Unit F19 and both JOHNSON and the female go through the bin. The female removed two items from the bin and placed those items into the trunk of the Dodge. JOHNSON removed a sack from

14

inside Unit F19 and places the sack into the trunk of the Dodge.

    ii.  8:25 p.m. – both left the area after JOHNSON secures the door to Unit F19.

**c.**  <u>8/9/2018</u>

    i.  9:32 p.m. – JOHNSON, wearing a white t-shirt and black sweat pants with a white stripe, walked up to Unit F19 as a large truck pulling an enclosed trailer pulled up to Unit F19 and stops. JOHNSON opens the door to Unit F19 as the driver of the truck, a white male, exits the cab and walks toward the back of the trailer. JOHNSON also walks toward the back of the trailer. JOHNSON makes nine trips back and forth from the back of the trailer into F19 each time placing one large brown box into F19 then returning to the back of the trailer empty handed. After placing the ninth box into Unit F19, JOHNSON remained in Unit F19.

    ii.  9:36 p.m. – white male gets back into the driver's seat of the truck. A white female is observed sitting in the front passenger seat of the truck. The truck and trailer pull away.

    iii.  9:37 p.m. – JOHNSON exits Unit F19 then closes and locks the door to Unit F19. JOHNSON then reaches down to the ground and appears to grab an item off the ground with his left hand. JOHNSON then walks away. It appears that lights to a nearby vehicle turn on. The lights then fade away as if the vehicle is pulling away.

    iv.  Surveillance cameras inside Unit F19 show JOHNSON opening a brown box by pealing back tape on top of the box. JOHNSON, using the light from a cellular telephone appears to be checking the contents of the box.

**d.**  <u>8/10/2018</u>

    i.  8:32 p.m. – a white sedan, similar to JOHNSON's white Chrysler 300, drove by and parked out of camera view east of F19.

    ii.  8:33 p.m. – JOHNSON, wearing a white t-shirt and brown shorts, walked up to Unit F19, unlocked and opened the door to Unit F19 and stepped inside. A light was seen inside Unit F19.

    iii.  8:38 p.m. – JOHNSON exited Unit F19 carrying a large brown box and walked toward the area where the white sedan was seen driving toward.

15

    iv. 8:39 p.m. – JOHNSON walked back to Unit F19 empty handed, closes the door to F19 and locks it. JOHNSON then walked back toward where the white sedan was seen driving toward.

    v. Surveillance cameras inside Unit F19 showed JOHNSON placing five (5) clear, sealed packages, suspected of holding at least one-pound of cannabis, into a large clear bag. JOHNSON then places the clear bag into a brown box. JOHNSON is using the light from a cellular telephone. JOHNSON then exited Unit F19 and returned a short time later and closes the door.

  e. 8/14/2018

    i. 9:18 p.m. – JOHNSON, wearing a white t-shirt and shorts walked up to Unit F19 from the east rolling two bicycles. JOHNSON unlocked and opened F19 after laying the bicycles down near Unit F19. JOHNSON removed one brown box from inside Unit F19 and carried the box to the east of Unit F19 and returned to Unit F19 empty handed. JOHNSON does this five times removing five brown boxes, one at a time, from Unit F19.

    ii. 9:20 p.m. – JOHNSON returned to Unit F19 after carrying out the 5th box. JOHNSON rolled one bicycle into Unit F19 and stepped out. JOHNSON then carried the other bicycle and he walked east away from Unit F19.

    iii. 9:21 p.m. – JOHNSON returned to Unit F19 empty handed and looks inside Unit F19 then walked east away from Unit F19. JOHNSON returned to Unit F19 with an unknown item is his left hand. JOHNSON stepped inside Unit F19 and bent over as if he was placing the unknown item on the floor against the wall just inside the door to Unit F19.

    iv. 9:22 p.m. – JOHNSON stepped out of Unit F19, closed and locked the door to Unit F19 and walked away toward the east.

    v. Surveillance cameras inside Unit F19 showed JOHNSON removing five large brown boxes, one at a time, from Unit F19 and carrying the boxes out then returning empty handed. JOHNSON appeared to check the contents of the second box he removed. JOHNSON used the light from a cellular telephone he was holding when checking the contents.

25.    On August 16, 2018, a Magistrate Judge in the Central District of Illinois issued an order re-authorizing the monitoring and recording of visual, non-verbal

conduct and activities inside of Unit F19 for a period of 30 days. Below is a summary of

JOHNSON's visits to Unit F19, as recorded by pole camera outside of Unit F19 and video

surveillance inside Unit F19 between August 17, 2018 and August 29, 2018:

a. 8/17/2018
   i. 8:37 p.m. – a dark-colored sedan pulled up to Unit F19 and stopped. JOHNSON exited the front passenger seat and walked to the rear of the vehicle leaving the passenger side door open. JOHNSON opened the trunk then closed the trunk quickly. JOHNSON then walked to Unit F19. It appears that JOHNSON is holding something in his left hand. JOHNSON unlocked and opened the door to Unit F19 and stepped inside.
   ii. 8:38 p.m. – JOHNSON stepped out of Unit F19, closed the door to Unit F19 and returns to the front passenger seat of the vehicle. The vehicle pulled away.
   iii. Surveillance cameras inside Unit F19 showed JOHNSON entering Unit F19 with an unknown item in his left hand. JOHNSON then exited Unit F19 empty handed and closed the door.

b. 8/19/2018
   i. 7:57 p.m. - JOHNSON arrived at Unit F19 in a white Chrysler sedan. JOHNSON exited the driver's seat and left the driver's door open. JOHNSON unlocked and opened the door to Unit F19 and stepped inside.
   ii. 7:58 p.m. – JOHNSON walked out of Unit F19 carrying what appeared to be a bag with handles in his right hand. JOHNSON opened the trunk to the white Chrysler and placed the bag into the trunk. JOHNSON closed the trunk to the Chrysler then walks back to Unit F19 and closed and locked the door. JOHNSON got back into the driver's seat and pulled away. No other occupants were seen in the vehicle.
   iii. Surveillance cameras inside Unit F19 showed JOHNSON opening the door then stepping inside Unit F19. JOHNSON leaned over as if he was picking up an item from the floor. JOHNSON walked out of Unit F19 carrying a bag with handles in his right hand. JOHNSON closed the door to Unit F19.

17

c. 8/22/2018

    i. 7:41 p.m. - JOHNSON arrived at Unit F19 in a white Chrysler 300 displaying Illinois license plate 780405. JOHNSON exited the driver's seat and walked to Unit F19. JOHNSON unlocked and opened the door to Unit F19 and stepped inside.

    ii. 7:42 p.m. – JOHNSON exited Unit F19 carrying a small bag in his left hand and walked to the back of the white Chrysler and opened the trunk then closed the trunk.

    iii. 7:43 p.m. – JOHNSON returned to Unit F19 empty handed, closed the door and locked Unit F19. JOHNSON returned to the driver's seat of the white Chrysler and pulled away.

    iv. Surveillance cameras inside Unit F19 showed JOHNSON opening the door and stepping inside Unit F19. JOHNSON leaned over as if he was picking up an item on the floor. JOHNSON then walked out of Unit F19 with what appeared to be a small plastic bag in his left hand. JOHNSON returned and closed the door to Unit F19.

d. 8/23/2018

    i. 9:22 p.m. - JOHNSON arrived at Unit F19 in a dark colored sedan. JOHNSON exited the driver's seat and walked to Unit F19. JOHNSON, wearing a white T-shirt, unlocks and opens the door to F19 and steps inside.

    ii. 9:23 p.m. – JOHNSON stepped out of Unit F19, closed and locked the door to Unit F19. JOHNSON entered the driver's seat of the dark colored sedan and pulls away.

    iii. Surveillance cameras inside Unit F19 showed JOHNSON opening the door then stepping inside Unit F19. JOHNSON moved around some boxes and it appeared that JOHNSON removed an item from one box and placed it into another. JOHNSON exited Unit F19 and closed the door.

e. 8/27/2018

    i. 8:18 p.m. – Large truck that appeared to be a Dodge quad cab with four running lights on the roof pulling a black enclosed trailer pulled up and stopped outside of Unit F19. As the truck came to a stop, JOHNSON came into view from the north walking behind the trailer toward Unit F19.

    ii. 8:19 p.m. – After the vehicle stopped, the driver, an older white male, wearing jeans and a short sleeve button-down shirt, exited the driver's seat and walked toward the rear of the trailer as JOHNSON was opening the door to Unit F19.

When the driver's door to the vehicle opened the cab light turned on showing a white male with dark-colored short hair, some facial hair, wearing a black sleeveless shirt, sitting in the front passenger seat. JOHNSON stepped inside Unit F19 then exited and walked toward the rear of the trailer. JOHNSON then returned to Unit F19 and went inside. JOHNSON repeated the back and forth from inside Unit F19 to the rear of the trailer eight (8) additional times for a total of nine times.

iii. 8:21 p.m. – The driver from truck appeared at the rear driver's side corner of the trailer. The driver then walked north out of view.

iv. 8:22 p.m. – Driver returned to truck and opened the rear driver's side passenger door. The cab light turned on still showing the white male still sitting in front passenger seat. JOHNSON was seen closing the door to Unit F19. The driver closed door to truck and walked toward the rear of the trailer and appeared to meet up with JOHNSON as both moved to the north of Unit F19 out of view. Driver returned to truck, entered driver's seat and pulled away. After the truck and trailer pulled away the door to Unit F19 was closed and JOHNSON was no longer in sight.

v. Surveillance cameras inside Unit F19 showed JOHNSON opening the door then stepping inside Unit F19. JOHNSON moved around a couple large boxes and stepped out of Unit F19 walking toward the west. The passenger-side trailer wheels were seen just outside of Unit F19. JOHNSON made nine trips from outside of Unit F19 into Unit F19 placing a large brown box inside Unit F19 each time. JOHNSON exited Unit F19 empty handed and closed the door.

f. 8/29/2018

i. 7:30 p.m. – A white Chrysler 300 pulled up and stopped outside of Unit F19.   JOHNSON exited the driver's seat wearing a white shirt and black pants with a white stripe on the sides. As JOHNSON exited the driver's seat, the trunk on the vehicle opened up. JOHNSON walked to Unit F19, unlocked and opened the door. JOHNSON returned to the trunk of the vehicle, leaned in, and removed several loose items from the trunk and then walked into Unit F19.

ii. 7:31 p.m. – JOHNSON exited Unit F19 empty handed and returned to the trunk of the vehicle. JOHNSON removed additional similar items that JOHNSON previously removed

19

and returned to Unit F19. JOHNSON walked out of Unit F19 and returned to the trunk empty handed. JOHNSON leaned into the trunk a third time and removed more items and walked into Unit F19. JOHNSON returned to the trunk empty handed. JOHNSON leaned into the trunk a fourth time and removed additional items and walked into Unit F19 (the items carried into Unit F19 appeared to be clothing items).

   iii. 7:32 p.m. – JOHNSON exited Unit F19 carrying a large brown box and a large black trash bag and placed the bag into the trunk of the vehicle. JOHNSON removed some additional items from the trunk and walked into Unit F19.

   iv. 7:33 p.m. – JOHNSON exited Unit F19 empty handed. JOHNSON closed and locked the door to Unit F19. JOHNSON returned to the driver's seat of the Chrysler 300 and the vehicle pulled away.

   v. Surveillance cameras inside Unit F19 showed the door to Unit F19 opening. JOHNSON walked in and placed several loose items that appeared to be miscellaneous clothing items into a blue-colored plastic bin, then walked out of Unit F19. JOHNSON did this two additional times. JOHNSON then returned to Unit F19 and picked up a black trash bag, which appeared to be empty, and opened the bag. JOHNSON reached into a large brown box and tore open a black plastic bag that was inside the brown box. JOHNSON removed five (5) clear packs that contained what appeared to be a large quantity of cannabis and placed each pack, one at a time, into the empty black trash bag. JOHNSON exited with the black plastic trash bag. JOHNSON entered Unit F19 empty handed then walked out. The door to Unit F19 closes.

26.   On August 29, 2018, a magistrate judge in the Central District of Illinois issued an search and seizure warrant for the location known as Storage Unit F19 located within the Northwest Mini-Storage facility, located at 2330 Route 121 NW., Decatur, Illinois, to search for evidence of violations of 21 U.S.C. 841(a)(1).

27.   On August 29, 2018, at approximately 11:00 p.m., law enforcement officers executed the search and seizure warrant at Storage Unit F19. The results of the search

revealed twelve (12) large brown boxes containing a combined total of approximately one-hundred and sixty-one (161) vacuum-sealed clear packs containing what investigators believe is at least 1-pound of cannabis in each pack. The cannabis was packed in a zip-lock type clear bag then secured again in a vacuum-sealed bag. The unopened boxes were sealed with clear packaging tape. Inside the sealed brown boxes were thick black plastic trash-type bags that were secured with a zip-tie fastener. Inside each black plastic bag were at least eighteen (18) clear, vacuum-sealed packs of cannabis.

28.     Below is a summary of JOHNSON's visits to Unit F19, as recorded by pole camera outside of Unit F19 and video surveillance inside Unit F19 on August 30, 2018 and September 12, 2018:

    **a.** <u>8/30/2018</u>

       i. 7:07 p.m. – Dark-colored Dodge four-door vehicle, displaying an Illinois license plate (partial – last four characters "3416") parked outside of Unit F19. As JOHNSON exited the driver's seat, the trunk of the vehicle opens. JOHNSON unlocked and opened the door to Unit F19 and stepped inside Unit F19.

      ii. 7:09 p.m. – JOHNSON exited Unit F19 carrying a large brown box and placed the box into the trunk of the vehicle.

     iii. 7:10 p.m. – JOHNSON returned to Unit F19 and exited carrying a large black plastic bag in his left hand. JOHNSON placed the bag into the trunk then closed the trunk and returned to Unit F19.

     iv. 7:11 p.m. – JOHNSON closed and locked the door to Unit F19, returned to the driver's seat of the vehicle and the vehicle pulled away.

     v. Surveillance cameras inside Unit F19 showed the door to Unit F19 opening. JOHNSON entered Unit F19 and looked into several of the open brown boxes and removed approximately nine (9) clear packs from the open boxes and placed those nine packs into another open box on top of a black plastic bag inside of that box. JOHNSON then closed the flaps to the box and appeared to place the clear tape already attached to the

box over the top to secure the flaps. JOHNSON then carried the box out of Unit F19. JOHNSON returned to Unit F19 and pulled down a large brown box from a stack of three brown boxes. JOHNSON opened the box and tore open the black plastic bag inside the box. JOHNSON appeared to pick up a clear pack from another open box inside of Unit F19 and placed that pack into the black plastic bag he just tore open. JOHNSON carried the black plastic bag out of Unit F19. JOHNSON closed the door to Unit F19

vi. Investigators discovered that JOHNSON's grandmother, KATHRYN S. KELSHEIMER, had a 2012 Dodge four-door, Illinois license plate AC8-3416, registered in her name at the time.

**b.** <u>9/12/2018</u>

i. 7:36 p.m. – 7:37 pm - Dark-colored Dodge four-door vehicle drove by Unit F19 and continued west out of sight. A short time later, the same vehicle, displaying an Illinois license plate (partial – first two characters "AC") appeared from the southeast. The vehicle pulled up and parked facing west outside of Unit F19. JOHNSON exited the driver's seat of the vehicle. JOHNSON walked up to Unit F19, unlocked and opened the door to Unit F19 and stepped inside.

ii. 7:39 p.m. – JOHNSON exited Unit F19 carrying a large black plastic trash bag in his right hand. JOHNSON opened the trunk to the vehicle and placed the bag into the trunk of the vehicle. JOHNSON left the trunk open then returned to Unit F19 and stepped inside.

iii. 7:40 p.m. – JOHNSON stepped out of Unit F19 carrying two large black plastic trash bags, one in each hand, and placed the bags into the trunk. JOHNSON closed the trunk and walked back to Unit F19 and stepped inside for a few seconds and exited Unit F19. JOHNSON closed and locked the door to Unit F19 and returned to the driver's seat of the vehicle. The vehicle pulled away.

iv. Surveillance cameras inside Unit F19 showed the door to Unit F19 opening. JOHNSON stepped inside Unit F19 and used a light from a cellular phone he was holding. JOHNSON opened the flaps to a large brown box. Inside the brown box was a black plastic trash bag. JOHNSON appeared to be rummaging through other boxes. JOHNSON pulled out the trash bag from the box he first opened and carried that bag out of Unit F19.

22

JOHNSON reentered Unit F19 empty handed. JOHNSON then picked up two large plastic trash bags from inside Unit F19 and carried both bags out. JOHNSON stepped back into Unit F19 empty handed, looked around for a few seconds and stepped out. JOHNSON closed the door to Unit F19.

v. Law enforcement discovered after the 8/30/2018 visit to Unit F19, that JOHNSON's grandmother, KATHRYN S. KELSHEIMER, had a 2012 Dodge four-door, Illinois license plate AC8-3416, registered in her name at the time of the visit.

29. JOHNSON continued to occupy Unit F19 throughout 2018 and into 2019 in a similar fashion as described above. JOHNSON visited Unit F19 on the following dates:

a. September 24, 2018;

b. October 3, 2018;

c. October 21, 2018;

d. October 30, 2018;

e. November 4, 2018;

f. November 13, 2018;

g. November 26, 2018;

h. December 16, 2018;

i. February 10, 2019;

j. February 16, 2019; and

k. March 3, 2019.

30. On February 16, 2019, JOHNSON drove the 2008 Chevrolet Avalanche to Unit F19. This time, JOHNSON removed two large boxes from Unit F19 and placed them into the 2008 Chevrolet Avalanche before driving away. After leaving Unit F19,

23

JOHNSON traveled to Unit A42, which is registered to DEANDRI BURTON. Once at Unit A42, JOHNSON removed the two boxes from the 2008 Chevrolet Avalanche and left them inside Unit A42 before JOHNSON drove away.

31.     On March 6, 2019, at approximately 12:45 a.m., JOHNSON drove the 2008 Chevrolet Avalanche to Unit F19. JOHNSON removed a large trash bag, another large item, and a large brown box from Unit F19 and placed them inside the 2008 Chevrolet Avalanche. JOHNSON then drove away from Unit F19 but arrived at Unit A42 minutes later. JOHNSON and an unknown individual take items out of the 2008 Chevrolet Avalanche, including the large brown box, and left them inside Unit A42.

32.     Based on the observations of JOHNSON at Unit F19 located within the Northwest Mini Storage facility located at 2330 IL Highway 121 in Decatur, Illinois, as more particularly described in Attachment A07, including the time of day JOHNSON accesses Unit F19, the duration of time JOHNSON remains at Unit F19, the size and shape of the objects JOHNSON is seen moving into and out of Unit F19, juxtaposed with JOHNSON's known employment and residential history, JOHNSON's visits to Unit F19 in relation to JOHNSON's air travel, and the evidence obtained from the search and seizure warrant executed at Unit F19 within the Northwest Mini-Storage facility in Decatur, Illinois on August 29, 2018, it is my belief that JOHNSON utilizes Unit F19 to store controlled substances temporarily before redistributing the controlled substances.

### b. Use of Northwest Mini Storage Unit A42

33.     On February 16, 2019, at approximately 9:05 p.m., a Chevrolet Avalanche pulled up and stopped outside of Unit A42 located within the Northwest Mini Storage facility located at 2330 IL Highway 121 in Decatur, Illinois, as more particularly described in Attachment A08. JOHNSON, wearing a red hooded sweat suit, exited the driver's seat. JOHNSON unlocked and opened Unit A42. JOHNSON returned to the vehicle and opened the rear passenger side door and removed one of the large brown boxes JOHNSON placed into his vehicle minutes earlier. JOHNSON carried the large brown box into Unit A42. A minute later, JOHNSON exited Unit A42 empty handed. JOHNSON closed and locked the door to Unit A42. JOHNSON returns to the driver's seat. The vehicle then pulled away.

34.     Investigators discovered that Unit A42 is registered to DEANDRI BURTON, telephone number 217-413-3409, with a move-in date of December 17, 2018.

35.     By way of background, on May 17, 2018, law enforcement conducted a video- and audio-recorded controlled purchase of approximately 58.6 grams of crack cocaine from DEANDRI BURTON using $2400 in pre-recorded money. The transaction took place in the area of Union and Olive Streets in Decatur, Illinois. BURTON sent a subject identified as ROBERT L. GRAY to meet with the confidential informant and that meeting was captured on audio and video recording equipment during the purchase of approximately 58.6 grams of crack cocaine. Surveillance was conducted throughout the duration of the transaction. Additionally, on July 2, 2018, law enforcement conducted an

25

audio- and video-recorded controlled purchase of approximately 29 grams of crack cocaine from DEANDRI BURTON using $1200 in pre-recorded money. The transaction took place in the area of Union and Olive Streets in Decatur, Illinois. Surveillance was conducted throughout the duration of the transaction.

36.     On February 16, 2019, JOHNSON drove the 2008 Chevrolet Avalanche to Unit F19. This time, JOHNSON removed two large boxes from Unit F19 and placed them into the 2008 Chevrolet Avalanche before driving away. After leaving Unit F19, JOHNSON traveled to Unit A42, which is registered to DEANDRI BURTON. Once at Unit A42, JOHNSON removed the two boxes from the 2008 Chevrolet Avalanche and left them inside Unit A42 before JOHNSON drove away.

37.     On March 6, 2019, at approximately 12:52 a.m., law enforcement observed a Chevrolet Avalanche pull up and stop outside of Unit A42. The last three digits of the front license plate were "763." JOHNSON exited the driver's seat as a taller black male exited the front passenger seat. JOHNSON unlocked and opened the door to Unit A42 as the taller subject opened the rear passenger side door to the vehicle. The taller subject carried an item into Unit A42 as JOHNSON opened the rear driver's side door to the vehicle. The taller subject exited Unit A42 and stood near the open rear driver's side door. JOHNSON carried a large box into Unit A42 as the taller subject followed JOHNSON into Unit A42. Both JOHNSON and the taller subject exited Unit A42 empty handed. JOHNSON closed and locked the door to Unit A42 and returned to the driver's seat of the vehicle. Taller subject walked around the vehicle and closed the rear passenger side

door then entered the front passenger side seat area. The vehicle pulled away. Illinois license plate on the front of the vehicle was "2548763" which returned on a 2008 Chevrolet Avalanche. Investigators have previously identified this vehicle being utilized by JOHNSON.

38.     Based on the observations of JOHNSON at Unit A42 located within the Northwest Mini Storage facility located at 2330 IL Highway 121 in Decatur, Illinois, as more particularly described in Attachment A08, including the time of day JOHNSON accesses Unit A42, the duration of time JOHNSON remains at Unit A42, the size and shape of the objects JOHNSON is seen moving into and out of Unit A42, juxtaposed with JOHNSON's known employment and residential history, JOHNSON's visits to Unit A42 in relation to JOHNSON's air travel, and the evidence obtained from the search and seizure warrant executed at Unit F19 within the Northwest Mini-Storage facility in Decatur, Illinois on August 29, 2018, it is my belief that JOHNSON and other members of the JOHNSON DTO utilize Unit A42 to store controlled substances temporarily before redistributing the controlled substances.

**c.  Use of Capitol Storage Unit #190**

39.     Investigators learned that Unit #190, located within the Capitol Storage facility located at 2225 J. David Jones Parkway in Springfield, Illinois, as more particularly described in Attachment A09 ("Unit #190"), is, and at all times relevant to this application, rented to KATHRYN KELSHEIMER with a listed address of 3735 N. Moundford Avenue in Decatur, Illinois.

27

40.     On November 13, 2018, at approximately 6:12 p.m., a black Dodge Charger pulled up to and parked just around the corner to Unit #190. JOHNSON, wearing a grey-colored hooded jacket or sweatshirt, exited the driver's seat and walked over to Unit #190. JOHNSON unlocked and opened the door to Unit #190 as a truck pulling a large enclosed trailer pulled up and stopped near the door to Unit #190. JOHNSON stepped inside of Unit #190 as the driver of the truck, identified as LINDELL WILLEY, walked to the rear of the trailer and lowered the trailer door. WILLEY stepped into the trailer and carried out a large brown box and placed the box on the trailer door which was serving as a ramp for the trailer. WILLEY stepped back into the trailer and carried out another large brown box and set the box down next to the first box he carried out.  JOHNSON exited Unit #190 carrying a large brown box and carried the box into the trailer. JOHNSON stepped out of the trailer empty handed. JOHNSON then picked up one of the boxes that WILLEY removed from the back of the trailer and carried that box into Unit #190. Then, JOHNSON exited Unit #190 empty-handed and walked to the rear of the trailer where WILLEY was standing. JOHNSON picked up the second brown box and appeared to have a conversation with WILLEY. JOHNSON then carried the second box into Unit #190. WILLEY closed the door to the trailer as JOHNSON stepped out of Unit #190 and closed and locked Unit #190. WILLEY returned to the driver's seat of the truck as JOHNSON returned to the driver's seat of the Dodge. Both vehicles pulled away together.

28

41.     Below is a summary of pole camera activity outside of Unit #190 on various dates:

a.  11/16/2018

   i.  4:11 p.m. - Black Dodge Charger displaying Illinois registration AC8-3416 pulled up and stopped outside of 190. JOHNSON exited the driver's seat wearing a brown coat and brown pants. JOHNSON unlocked and opened Unit #190 and stepped inside.
   ii.  4:12 p.m. - JOHNSON exited Unit #190 carrying a large, open brown box and placed the box into the rear passenger area of the Dodge.
   iii.  4:13 p.m. - JOHNSON returned to Unit #190, closed and locked the door. JOHNSON got back into the driver's seat of the Dodge and the vehicle pulled away.

b.  11/26/2018

   ii.  8:02 p.m. - Black Dodge Charger displaying Illinois registration AC8-3416 pulled up and parked outside of Unit #190. JOHNSON, wearing a multi-colored hooded jacket, black pants, and brown boots, exited the driver's seat of the Dodge. JOHNSON unlocked and opened the door to Unit #190 and stepped inside.
   iii.  8:03 p.m. - JOHNSON exited Unit #190 carrying a large brown box. JOHNSON placed the box into the rear passenger area of the Dodge.
   iv.  8:04 p.m. - JOHNSON walked back to Unit #190 and stepped inside and then stepped back out with another large brown box. JOHNSON placed that box into the rear passenger area of the Dodge. JOHNSON returned to Unit #190 and stepped inside then immediately stepped out and walked to the passenger side of the Dodge. JOHNSON closed the rear passenger side door and opened the front passenger side door and leaned into the vehicle. JOHNSON stepped back from the Dodge holding a cell phone in his right hand and walked back inside Unit #190.
   v.  8:06 p.m. - JOHNSON exited Unit #190 carrying a large black trash bag. JOHNSON opened the front passenger side door and placed the bag into the Dodge. JOHNSON closed the front

29

passenger side door and stepped back into Unit #190, closed and locked the door, then returned to the driver's seat of the Dodge. The Dodge then pulled away.

c. <u>11/27/2018</u>

    i.   11:58 a.m. - Black Dodge Charger displaying Illinois registration AC8-3416 pulled up and parked outside of Unit #190. JOHNSON, wearing a multi-colored hooded jacket, gray sweat pants, and brown boots, exited the driver's seat of the Dodge. JOHNSON opened the rear driver's side door of the Dodge and removed a bag with handles. JOHNSON carried the bag to the door of Unit #190 and placed the bag down and he unlocked and opened the door to Unit #190.

    ii.   11:59 a.m. - JOHNSON picked up the bag and stepped inside Unit #190. JOHNSON exited Unit #190 empty handed, closed and locked the door to Unit #190, and returned to the driver's seat of the Dodge. The Dodge then pulled away.

d. <u>12/14/2018</u>

    i.   2:59 p.m. - Dark-colored Chrysler minivan, displaying Illinois registration BD-45039, pulled up and stopped near Unit #190.

    ii.   3:00 p.m. - JOHNSON, wearing a dark-colored hooded jacket, light-colored pants, and brown boots, exited the driver's seat of the minivan. JOHNSON walked in front of the minivan and to the door to Unit #190. JOHNSON unlocked and opened the door to Unit #190 and stepped inside.

    iii.   3:02 p.m. - JOHNSON exited Unit #190 carrying a large brown box and walked to the rear of the minivan. JOHNSON held the box while raising the rear door to the van. JOHNSON then placed the box into the van then lowered the rear door to the minivan.

    iv.   3:03 p.m. - JOHNSON walks back to Unit #190 and closed and locked the door to Unit #190. Johnson returned to the driver's seat of the minivan. The minivan pulled away.

    v.   *Illinois registration BD-45039 returns on a 2013 Chrysler registered to COURTNEY JOHNSON with an address of 3808 Eagle Claw Drive Springfield, Illinois.

e. <u>12/22/2018</u>

    i.   2:34 a.m. - Dark-colored Chrysler minivan, displaying Illinois plate BD-45039, pulled up and stopped outside of Unit #190. JOHNSON, wearing a black jacket, black pants, and black & white shoes, exited the driver's seat. JOHNSON unlocked and opened the door to Unit #190 and stepped inside.

    ii.   2:35 a.m. - JOHNSON stepped out of Unit #190 and walked to the passenger side door of the minivan and opened the door. JOHNSON then walked to the rear of the minivan and raised the rear door. JOHNSON then returned to Unit #190 and stepped inside.

    iii.   2:36 a.m. - JOHNSON exited Unit #190 carrying a large brown box. JOHNSON placed the box into the rear of the minivan and returned to Unit #190 and stepped inside. JOHNSON exited Unit #190 carrying another large brown box and placed that box into the rear area of the minivan. JOHNSON then lowered the rear door to the minivan. JOHNSON walked over to the passenger side of the minivan and closee the passenger side door. JOHNSON closed and locked the door to Unit #190.

    iv.   2:37 a.m. - JOHNSON returned to the driver's seat of the minivan. The minivan pulled away.

    v.   *Illinois registration BD-45039 returns on a 2013 Chrysler registered to COURTNEY JOHNSON with an address of 3808 Eagle Claw Drive Springfield, Illinois.

42.    JOHNSON and his girlfriend, Ivana Booker, spent the night at JOHNSON's mother's residence at 3808 Eagle Claw Drive, Springfield, Illinois, on April 11, 2019. On April 12, 2019, JOHNSON's 2013 Chrysler minivan left the residence at approximately 7:24 a.m. and drove to the Calvary Academy at 1730 W. Jefferson Street, Springfield, Illinois. The Calvary Academy is where agents believe JOHNSON' son attends school. At approximately 7:40 a.m., JOHNSON arrived at Unit #190. There, JOHNSON unlocked Unit #190, entered Unit #190, and then exited Unit #190 carrying a Neiman Marcus shopping bag. JOHNSON placed the shopping bag in the rear hatch area of the minivan

and then covered the bag with loose clothing. JOHNSON then closed and locked Unit #190 and exited. JOHNSON then drove directly to 3808 Eagle Claw Drive and removed an item from the rear hatch area of the minivan.

43.     Based on the observations of JOHNSON at Unit #190 located within the Capitol Storage facility at 2225 J. David Jones Parkway in Springfield, Illinois, as more particularly described in Attachment A09, including the time of day JOHNSON accessed Unit #190, the duration of time JOHNSON remained at Unit #190, the size and shape of the objects JOHNSON is seen moving into and out of Unit #190, juxtaposed with JOHNSON's known employment and residential history, JOHNSON's visits to Unit #190 in relation to JOHNSON's air travel, and the evidence obtained from the search and seizure warrant executed at Unit F19 within the Northwest Mini-Storage facility in Decatur, Illinois on August 29, 2018, it is my belief that JOHNSON and other members of the JOHNSON DTO utilize Unit #190 to store controlled substances temporarily before redistributing the controlled substances.

**d. Use of Storage Masters West Main Unit G7**

44.     On May 1, 2019, following the delivery of approximately 170 pounds of cannabis to JOHNSON, investigators identified another storage facility that JOHNSON utilizes to store illegal narcotics prior to redistribution, specifically unit G7 within the Storage Masters West Main facility located at 4710 West Main Street Decatur, Illinois, as more particularly described in Attachment A10 ("Unit G7"). Precise phone location data supported by electronic surveillance methods confirmed JOHNSON at Unit G7 on May

15, 2019, May 23, 2019, and June 2, 2019. JOHNSON's activities during these visits is consistent with JOHNSON removing illegal narcotics from the unit for redistribution purposes.

45.     On June 25, 2019, at approximately 7:22, the Brown 2008 Chevrolet Avalanche bearing Illinois license plate 2548763B arrived and parked in front of Unit G7. JOHNSON exited the Avalanche from the driver's door and unlocked Unit G7. JOHNSON went into the storage unit for approximately two minutes and re-emerged carrying a dark-colored, medium-sized suitcase. JOHNSON placed that suitcase inside the Avalanche and went back into Unit G7. When JOHNSON re-emerged, he carried a white garbage bag, which he placed inside the Avalanche. Thereafter, JOHNSON locked Unit G7 and departed.

46.     Based on the observations of JOHNSON at Unit G7 located within the Storage Masters West Main facility located at 4710 W. Main Street in Decatur, Illinois, as more particularly described in Attachment A10, including the time of day JOHNSON accessed other storage units described above, the duration of time JOHNSON remained at other storage units described above, the size and shape of the objects JOHNSON is seen moving into and out of other storage units described above, juxtaposed with JOHNSON's known employment and residential history, JOHNSON's visits to Unit G7 in relation to the May 1, 2019, delivery of marijuana, and the evidence obtained from the search and seizure warrant executed at Unit F19 within the Northwest Mini-Storage facility in Decatur, Illinois on August 29, 2018, it is my belief that JOHNSON and other members of

33

the JOHNSON DTO utilize Unit G7 to store controlled substances temporarily before redistributing the controlled substances.

### GABRIELLE JOHNSON's April 2019 Payment for the Marijuana Shipment

47.     On May 10, 2019, JOHNSON received a text message from a supplier of marijuana with the following message:

> New Total
> 51aaa@1750
> 12aaa@17
> 2aa@1650
> 20a+@1450
> 33dog@1350
> 2og@1150
> 16animalcook@1250
> 12sherb@1250

48.     Based on their training and experience investigating drug traffickers, agents believe that the message above is a price listing for an order of varying strains of cannabis. The number to the left represents a quantity in pounds, the characters in the middle identify the strain of cannabis, and the "@" symbol followed by a number identifies the per-pound price of that quantity of cannabis. For example, this order include 16 lbs. of "animal cook" cannabis for $1,250 per pound. JOHNSON's marijuana order outlined above is for more than 100 lbs.

49.     On April 13, 2019, JOHNSON confirmed with the supplier that he arranged to pay "226", meaning that JOHNSON ordered $226,000 worth of marijuana. During a phone call with the supplier on April 13, 2019, JOHNSON asked the individual coordinating payment what is a good time for him tomorrow (meaning April 14, 2019),

to which the unknown male replied any time after 1:00 p.m. Later on April 13, 2019, the individual coordinating payment provided JOHNSON with an address for a grocery store in Chicago, Illinois.

50.    A snowstorm came through northern Illinois and Wisconsin on April 14, 2019. In a series of four text messages sent from the individual coordinating payment to JOHNSON's cellular phone number at approximately 2:49 p.m., the individual coordinating payment conveyed the following: "[1/4] I was on a flight to Chicago this morning that got redirected to Tulsa Oklahoma due to weather conditions. The pilot said best case scenario we will be la[2/4]nding around 5pm. We've been sitting on the tarmac for 30 min and are hoping to take off soon…My home girl Debrah(same girl as last time) can meet y[3/4]our buddy at 5 pm for me. She can handle this no problem. Or you friend can wait for me which prob won't be till at least 6pm. Let me know what you wan[4/4]t to do? If your cool with her handling it, I'd like to give Debrah your number so she can coordinate better because I'll be in the air." Thereafter, JOHNSON received a call from an unknown female. JOHNSON told the female that they will call her when "they like 45 minutes away."

51.    During the afternoon on April 14, 2019, FBI in Chicago conducted surveillance on the Mariano's parking garage. At approximately 5:00 p.m., GABRIELLE JOHNSON, drove her black Dodge Challenger to Mariano's in Chicago, Illinois. Once parked, another female entered GABRIELLE JOHNSON's Dodge Challenger. After approximately two minutes, the trunk to the Dodge Challenger opened and the female

35

exited, removed a suitcase out of the trunk of GABRIELLE JOHNSON's Challenger, placed it in the trunk of the female's vehicle, and drove away.

52.     Immediately after that encounter, GABRIELLE JOHNSON left Chicago and drove back to the Central District of Illinois.

53.     On April 15, 2019, at approximately 10:57 a.m., JOHNSON sent a text message to supplier that stated, "Yo so I just leave the crib that's only 200 she forgot the lil one but I can mail or or I'll be out next week on Tuesday." Based on these exchanges and the surveillance operation, agents believe that JOHNSON agreed to pay approximately $226,000 for the quantities of various types of marijuana as set forth in the April 10, 2019, price list. Approximately $200,000 of that payment was made by GABRIELLE JOHNSON on April 14, 2019, in Chicago. JOHNSON had to make arrangements for the remaining $26,000.

**May 1, 2019, Marijuana Shipment to the JOHNSON DTO**

54.     On May 1, 2019, at approximately 6:04 p.m., JOHNSON placed an outgoing call to JACKIE CAMPBELL. During that call, the two arranged to meet. Shortly thereafter, law enforcement surveillance teams observed JOHNSON at CAMPBELL's residence located at 2595 Peru Road in Decatur, Illinois, receiving the shipment of marijuana. At approximately 6:02 p.m. on May 1, 2019, JOHNSON called his California source of supply at (312) 833-8281. During that call, the California source informed JOHNSON that the driver was named "Carrots" and that he was scheduled to arrive between 7:08 p.m. and 7:15 p.m. After that phone call ended, JOHNSON texted the same number this message,

36

"2500 Peru Rd 62522." (Down the street from CAMPBELL's residence). The prearranged meeting location was 2500 Peru Road in Decatur, Illinois, 62522, which was near where agents had set-up surveillance. Agents observed JOHNSON making contact with a semi-tractor trailer at approximately 7:13 p.m., which is the same time JOHNSON received a call from the California source in which JOHNSON asked, "is that the right one?" and the source replied, "yeah, yeah, that's the right dude." JOHNSON's Chrysler van is behind CAMPBELL's residence.

55.     Around 7:19 p.m., JOHNSON unloaded several large boxes from the back of the semi-tractor trailer. CAMPBELL helped JOHNSON unload the boxes and placed several in JOHNSON's Chrysler van as well as CAMPBELL's tan GMC sport-utility vehicle.

56.     JOHNSON and CAMPBELL got into CAMPBELL's GMC and drove away. An unknown male got into JOHNSON's van and drove away as well at 7:25 p.m. Surveillance and the tracker on the van confirmed that JOHNSON's Chrysler van drove to the Storage Masters storage facility located at 4710 W. Main Street in Decatur, Illinois. By 7:37 p.m., surveillance followed both vehicles as they drove to 506 N. Carolina Avenue, in Decatur, Illinois, which was an address associated with EALEY. At 9:51 p.m., JOHNSON received an intercepted call from the California source. During which, JOHNSON confirmed with the source that he received ten boxes and that "box 22" has a list of what's in every box.

37

57.     Later on May 1, 2019, Illinois State Police Trooper Heard stopped the semi near Benton, Illinois to conduct a routine commercial motor vehicle inspection. During a probable cause search, the semi was found to contain 12 large boxes similar to the boxes unloaded by JOHNSON and CAMPBELL. Contained within those boxes were 200 individually vacuum-sealed bags of suspected cannabis, which was seized by the Illinois State Police.

### Vehicles Used to Further and Facilitate Drug Trafficking

58.     JOHNSON and other members of the JOHNSON DTO have used vehicles to commit and facilitate their drug trafficking conspiracy. JOHNSON and other members of the JOHNSON DTO utilize several vehicles to facilitate and promote its drug trafficking conspiracy by further transporting marijuana for re-distribution, transporting money for the purchase of marijuana, and traveling to meeting locations in order to arrange for the transfer of marijuana and currency for the purpose of furthering the JOHNSON DTO's drug trafficking activity. The respective roles of the vehicles used to and intended to be used to further the JOHNSON DTO's drug trafficking activity is outlined below in addition to the information included above.

### a. White 2015 Cadillac Escalade, Illinois license plate Q732877

59.     On March 10, 2019, agents observed JOHNSON enter the white 2015 Cadillac Escalade, displaying Illinois license plate Q732877 and drive away from the garage of his new residence located at 25 N. Central Avenue, Clayton, Missouri.

60.     On March 18, 2019, the white 2015 Cadillac Escalade, displaying Illinois license plate Q732877, left JENNIFER FISHER's residence located at 3808 Eagle Claw in Springfield, Illinois, driven by JOHNSON's girlfriend, Ivana Booker. Booker drove the white 2015 Cadillac Escalade, displaying Illinois license plate Q732877 to the Clayton, Missouri residence she shares with JOHNSON. On the same day and after Booker left, JOHNSON left JENNIFER FISHER's residence, having been there while the white 2015 Cadillac Escalade, displaying Illinois license plate Q732877 was also there.

61.     Days following the May 1, 2019, marijuana delivery, intercepted communications between JOHNSON and the unknown male revealed that JOHNSON was set to pay the remaining approximately $26,000 owed on May 9, 2019, at the same location in Chicago that GABRIELLE JOHNSON met up with the unknown female on April 14, 2019. A physical surveillance operation was conducted at that location in Chicago and surveillance watched as JOHNSON met with the same unknown female that GABRIELLE JOHNSON met on April 14, 2019. Electronic surveillance on JOHNSON's white, 2015 Cadillac Escalade, displaying Illinois plate Q732877, along with precise phone location data from JOHNSON's cellular phone, showed JOHNSON in Chicago, Illinois, on May 9, 2019. On May 9, 2019, agents conducted surveillance of the prearranged meeting location in Chicago, Illinois. Agents observed the same unknown female involved in the April 14, 2019, money exchange arrive at the meeting location. Agents observed JOHNSON arrive in the white Cadillac Escalade. The unknown female entered the passenger area of white Cadillac Escalade while JOHNSON was still in the driver's

39

seat. Within minutes, the female exited JOHNSON's vehicle and JOHNSON and the unknown female both left the meeting location.

62.     Based on my training and familiarity with the JOHNSON DTO, I believe that JOHNSON used the white Cadillac Escalade on May 9, 2019, to deliver the outstanding balance of money owed to the marijuana supplier. Based on my training and experience investigating drug trafficking activity, JOHNSON used the white, 2015 Cadillac Escalade, displaying Illinois plate Q732877, more particularly described in Attachment A13, to promote and facilitate drug trafficking activities.

### b.  Brown 2008 Chevrolet Avalanche, Illinois license plate 2548763B

63.     On February 10, 2019, at approximately 10:48 p.m., JOHNSON arrived in the brown 2008 Chevrolet Avalanche at Northwest Mini-Storage Unit F19. JOHNSON carried a large object from the rear of the 2008 Chevrolet Avalanche into Unit F19. JOHNSON exits Unit F19 empty handed and walks to the rear of the vehicle. JOHNSON completed two more trips similar to the first trip. A taller male with JOHNSON carried a fourth large item, what looked like a large trash bag, and placed the bag inside of Unit F19. Both JOHNSON and the taller male returned to the rear of the 2008 Chevrolet Avalanche empty handed. JOHNSON completed two more trips carrying large items similar to a trash bag from the rear of the 2008 Chevrolet Avalanche into Unit F19. The taller male completed one more trip. Total items carried into Unit F19 from the rear of the 2008 Chevrolet Avalanche was seven.

64.     On February 16, 2019, JOHNSON drove the 2008 Chevrolet Avalanche to Unit F19. This time, JOHNSON removed two large boxes from Unit F19 and placed them into the 2008 Chevrolet Avalanche before driving away. After leaving Unit F19, JOHNSON traveled to Unit A42, which is registered to DEANDRI BURTON. Once at Unit A42, JOHNSON removed the two boxes from the 2008 Chevrolet Avalanche and left them inside Unit A42 before JOHNSON drove away.

65.     On March 6, 2019, at approximately 12:45 a.m., JOHNSON drove the 2008 Chevrolet Avalanche to Unit F19. JOHNSON removed a large trash bag, another large item, and a large brown box from Unit F19 and placed them inside the 2008 Chevrolet Avalanche. JOHNSON then drove away from Unit F19 but arrived at Unit A42 minutes later. JOHNSON and an unknown individual take items out of the 2008 Chevrolet Avalanche, including the large brown box, and left them inside Unit A42.

66.     Based on my training and experience as well as the investigation into the operation of the JOHNSON DTO, JOHNSON's late-night conduct and transfer of items to and from the storage units described above is consistent with JOHNSON's re-distribution of drugs to downstream sellers.

67.     Based on my training and experience investigating drug trafficking activity, JOHNSON used the brown 2008 Chevrolet Avalanche bearing Illinois license plate 2548763B, more particularly described in Attachment A14, to promote and facilitate drug trafficking activities.

**c. Dark Blue 2013 Chrysler Town and Country Van, Illinois license plate BD45039**

68.     The dark blue 2013 Chrysler Town and County van bearing Illinois license plate BD45039 is registered to COURTNEY JOHNSON with an address of 3808 Eagle Claw Drive Springfield, Illinois, which is JENNIFER FISHER's address.

69.     On December 14, 2018, JOHNSON drove the dark blue 2013 Chrysler Town and County van to Northwest Mini-Storage Unit #190. There, JOHNSON carried a large brown box out of Unit #190 and drove away.

70.     On December 22, 2018, at approximately 1:19 a.m., JOHNSON drove the dark blue 2013 Chrysler Town and County van to Northwest Mini-Storage Unit F19. There, JOHNSON removed a total of eight large brown boxes out of Unit F19 and placed them into the dark blue 2013 Chrysler Town and County van and drove away. Later, at approximately 2:34 a.m. on December 22, 2018, JOHNSON drove the dark blue 2013 Chrysler Town and County van to Northwest Mini-Storage Unit #190. There, JOHNSON removed two large brown boxes from Unit #190 and then drove away.

71.     During the May 1, 2019, marijuana delivery, the dark blue 2013 Chrysler Town and County van was at CAMPBELL's residence and used to transport boxes from the semi-tractor trailer to EALEY's residence as described above.

72.     Based on my training and experience investigating drug trafficking activity, JOHNSON used the dark blue 2013 Chrysler Town and County van bearing Illinois license plate BD45039, more particularly described in Attachment A15, to promote and facilitate drug trafficking activities.

42

**d. Black 2010 Dodge Challenger, Illinois license plate S162093**

73.     The black 2010 Dodge Challenger bearing Illinois license plate S162093 is registered to GABRIELLE JOHNSON and her grandmother, KATHRYN KELSHEIMER.

74.     On April 14, 2019, GABRIELLE JOHNSON drove the black 2010 Dodge Challenger bearing Illinois license plate S162093 to Chicago to meet with an unknown female in order to provide $200,000 as payment for the May 1, 2019, marijuana delivery.

75.     Based on my training and experience investigating drug trafficking activity and based on GABRIELLE JOHNSON's April 14, 2019, meeting in Chicago, GABRIELLE JOHNSON used the black 2010 Dodge Challenger bearing Illinois license plate S162093, more particularly described in Attachment A16, to promote and facilitate drug trafficking activities.

**e. Silver 2008 Buick Enclave, Illinois license plate 265476**

76.     Investigators have identified a silver-colored 2008 Buick Enclave SUV that is frequently operated by MARQUEVIN SMITH. The Buick currently displays Illinois license plate "265476." The vehicle is registered to GUITTIERREZ S. COLE.

77.     On October 3, 2018, between approximately 7:14 p.m. and 7:19 p.m., JOHNSON drove an SUV with a partial Illinois license plate visible (characters 2, 3, & 4 – "654") up to Unit F19 and went inside. When JOHNSON re-emerged, he carried a large brown box, which he placed inside the SUV. JOHNSON retrieved a second box and then a third box and placed them inside the SUV. After he locked the unit, JOHNSON drove away.

43

78. On October 3, 2018, between approximately 7:22 p.m. and 7:25 p.m., JOHNSON returned to Unit F19 driving the same SUV. Once parked in front of the unit, JOHNSON opened the hatch of the SUV. When JOHNSON opened the hatch to the SUV, all three boxes JOHNSON placed inside previously were missing. JOHNSON then loaded into the SUV three more large brown boxes and two large black trash bags retrieved from within Unit F19. JOHNSON closed and locked unit F19 and drove away again.

79. Based on my training and experience investigating drug trafficking activity and on the use of the silver 2008 Buick Enclave bearing Illinois license plate 265476, the silver 2008 Buick Enclave bearing Illinois license plate 265476, more particularly described in Attachment A20, was used to promote and facilitate drug trafficking activities.

## CONCLUSION

80. Based on the foregoing facts and circumstances, there is probable cause to believe that the JOHNSON DTO has committed drug trafficking violations pursuant to the provisions of Title 21, United States Code, Sections 841(a)(1) and 846, and that upon conviction certain property, including:

a. **White 2015 Cadillac Escalade, Illinois license plate Q732877,** as more particularly described in Attachment A13;

b. **Brown 2008 Chevrolet Avalanche, Illinois license plate 2548763B,** as more particularly described in Attachment A14;

44

 c. **Dark Blue 2013 Chrysler Town and Country Van, Illinois license plate BD45039,** as more particularly described in Attachment A15;

 d. **Black 2010 Dodge Challenger, Illinois license plate S162093,** as more particularly described in Attachment A16; and

 e. **Silver 2008 Buick Enclave, Illinois license plate 265476,** as more particularly described in Attachment A20;

as set forth above were used or intended to be used to commit or facilitate the commission of violations of the Controlled Substance Act, and are therefore subject to criminal forfeiture to the United States pursuant to pursuant to 21 U.S.C. § 853, and civil forfeiture pursuant to 21 U.S.C. § 881.

81. WHERFORE, it is respectfully requested that a seizure warrant be issued authorizing any officer or employee of the United States to seize the following:

 a. **White 2015 Cadillac Escalade, Illinois license plate Q732877,** as more particularly described in Attachment A13;

 b. **Brown 2008 Chevrolet Avalanche, Illinois license plate 2548763B,** as more particularly described in Attachment A14;

 c. **Dark Blue 2013 Chrysler Town and Country Van, Illinois license plate BD45039,** as more particularly described in Attachment A15;

 d. **Black 2010 Dodge Challenger, Illinois license plate S162093,** as more particularly described in Attachment A16;

**e. Silver 2008 Buick Enclave, Illinois license plate 265476,** as more particularly described in Attachment A20.

82.     Further, pursuant to 21 U.S.C. § 853(f), a preliminary order under 21 U.S.C. § 853(e) may not be sufficient to assure the availability of the property for forfeiture due to the fact that JOHNSON and other members of the JOHNSON DTO regularly associate with owners of a Decatur auto shop as recently as April and May 2019 and have sold at least one vehicle to associates of the JOHNSON DTO over the course of this investigation. Based on their experience investigating the JOHNSON DTO, agents believe that JOHNSON and other members of the JOHNSON DTO have the capability and inclination to transfer ownership of vehicles in a way that would frustrate any order issued pursuant to 21 U.S.C. § 853(e).

Respectfully submitted,

s/Mark Hill

Mark T. Hill
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to Before me on July 3, 2019

s/Eric I Long

Eric I. Long
UNITED STATES MAGISTRATE JUDGE

46

## ATTACHMENT A13

*Property (Vehicle) to be Seized*

White 2015 Cadillac Escalade, Illinois license plate Q732877.

## ATTACHMENT A14

*Property (Vehicle) to be Seized*

Brown 2008 Chevrolet Avalanche, Illinois license plate 2548763B.

## ATTACHMENT A15
*Property (Vehicle) to be Seized*
Dark Blue 2013 Chrysler Town and Country Van, Illinois license plate BD45039.

## ATTACHMENT A16

*Property (Vehicle) to be Seized*

**Black 2010 Dodge Challenger, Illinois license plate S162093.**

**ATTACHMENT A20**

*Property (Vehicle) to be Searched*

Silver 2008 Buick Enclave, Illinois license plate 265476.